## USDC-EDMO
## CRIMINAL CASE COVER SHEET

*INFORMATION*

FILED
JAN 2 2 2014
U. S. DISTRICT COURT
E. DIST. OF MO.
ST. LOUIS

| Division of Filing: | County of Offense: | Matter to be Sealed: | Type of Charge: |
|---|---|---|---|
| Eastern | St. Louis | No | Felony |

**Defendant Information:**
Defendant's Name     KELLY O'SHEA
Alias Name
Birthdate            09/16/1980                              Not Available
Social Security No.  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                             Not Available

**Related Case Information:**
Superseding Indictment/Information?   ___ Yes   _X_ No   *If yes, original case number:*
Is this a New Defendant in the Superseding Indictment/Information?   ___ Yes   ___ No
Prior Complaint? ___ Yes  _X_ No     If yes, Complaint No.
Complaint: ___ Pending  ___ Dismissed
Deft. has had an appearance before a Magistrate?  ___ Yes  _X_ No   If yes, Magistrate name:
**Victim-Witness Act applies:** _yes_
Name of AUSA:     John M. Bodenhausen
Agency/Agent:     USSS/SA Mark Fruin
Recommended Bond/Detention:     $5,000 secured bond

**Interpreter Needed:**
___ Yes        Language and/or dialect _____
_X_ No
___ Not known at this time

**Location Status:**
Arrest Date _____
___ Currently in Federal Custody
___ Currently in State Custody          Writ required     ___ Yes     ___ No
___ Currently on bond set by Court
_X_ Defendant not in custody

**U.S.C. Citations and Total # of Counts against the Defendant:**     one

| Ind Key/Code/Off Level | Description of Offense Charged | Count(s) | Penalty Information |
|---|---|---|---|
| 18:1343.F/4/4700/213 | Fraud by Wire | 1 | I nmt 20 yrs.<br>F nmt $250,000 <u>or both</u><br>Sup. Rel. nmt 3 yrs.<br>$100 Special Assessment/count |

**Return Date**  1/22/14           **Signature of AUSA**   /s/ John M. Bodenhausen, #49568MO

Case: **4:14-cr-00007-1 (O'Shea, Kelly)**
Assigned To : **Webber, E. Richard**
Assign. Date : **01/22/2014**
Description: **USA v. O'Shea**

**Report Completed**